UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

P1 as Parent and Natural Guardian of S1, an infant,

        Plaintiff,        21-CV-6440 EAW/MJP

vs.

HILTON CENTRAL SCHOOL DISTRICT, KIRK ASHTON, et al.,

        Defendants.

---

P1 Individually and as Parent and Natural Guardian of V1, et al.,

        Plaintiffs,       21-CV-6494 FPG/MJP

vs.

HILTON CENTRAL SCHOOL DISTRICT, NORTHWOOD ELEMENTARY SCHOOL, et al.,

        Defendants.

---

S2,

        Plaintiff,        21-CV-6500 EAW/MJP

vs.

HILTON CENTRAL SCHOOL DISTRICT, DAVID DIMBLEBY, et al.,

        Defendants.

P3, as Parent and Natural Guardian
of S3, an infant,

        Plaintiff,        21-CV-6546 EAW/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, KIRK ASHTON, et al.,

        Defendants.

---

P4, as Parent and Natural Guardian
of S4, an infant,

        Plaintiff,        21-CV-6711 EAW/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, DAVID DIMBLEBY, et al.,

        Defendants.

---

V1, a minor child by and through his
Parents and natural guardians,
P1 and P2,

        Plaintiffs,        22-CV-6269 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, KIRK ASHTON, et al.,

        Defendants.

V2, minor children, by and through their
parents and natural guardians,
P3 and P4, et al.,

        Plaintiffs,        22-CV-6270 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, KIRK ASHTON, et al.,

        Defendants.

---

V4, a minor child, by and through his
parents and natural guardians,
P5 and P6,

        Plaintiff,        22-CV-6271 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, KIRK ASHTON, et al.,

        Defendants.

---

V5, et al.,

        Plaintiffs,        22-CV-6364 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, KIRK ASHTON, et al.,

        Defendants.

---

A1, Individually and as Parent and
Natural Guardian of S1,

        Plaintiff,        22-CV-6371 EAW/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, NORTHWOOD
ELEMENTARY SCHOOL, et al.,

        Defendants.

---

P3, et al.,

        Plaintiffs,        22-CV-6556 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, CASEY KOSIOREK, et al.,

        Defendants.

---

P5 as Parent and Natural Guardian
of S5, an infant,

        Plaintiff,        22-CV-6576 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT and KIRK ASHTON,

        Defendants.

---

| | |
|---|---|
| P9 and P10 as Parents and Natural Guardians of V7, an infant, | |
| Plaintiffs, | 23-CV-6099 FPG/MJP |
| vs. | |
| HILTON CENTRAL SCHOOL DISTRICT and KIRK ASHTON, | |
| Defendants. | |

| | |
|---|---|
| A2 and A3 as Parents and Natural Guardians of S2, an infant, | |
| Plaintiffs, | 23-CV-6272 FPG/MJP |
| vs. | |
| HILTON CENTRAL SCHOOL DISTRICT, CASEY KOSIOREK, et al., | |
| Defendants. | |

| | |
|---|---|
| JANE DOE and JOHN DOE as Parents and Natural Guardians of JOHN DOE II, an infant, | |
| Plaintiffs, | 23-CV-6367 FPG/MJP |
| vs. | |
| HILTON CENTRAL SCHOOL DISTRICT, CASEY KOSIOREK, et al., | |
| Defendants. | |

---

JANE DOE and JOHN DOE as
Parents and Natural Guardians of
JOHN DOE II, an infant,

    Plaintiffs,      23-CV-6368 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, CASEY KOSIOREK, et al.,

    Defendants.

---

JANE DOE and JOHN DOE,
Individually and as Parents and
Natural Guardians of JOHN DOE II,
an infant,

    Plaintiffs,      23-CV-6369 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, CASEY KOSIOREK, et al.,

    Defendants.

---

P3 and P4, Individually and as
Parents and Natural Guardians of V4,

    Plaintiffs,      23-CV-6480 FPG/MJP

vs.

HILTON CENTRAL SCHOOL
DISTRICT, CASEY KOSIOREK, et al.,

    Defendants.

---

6

## AMENDED CONSOLIDATED SCHEDULING ORDER

At consolidated conference held on September 20, 2023, with the parties of the above captioned matters, the Court and the parties agreed upon an amended consolidated schedule with which to proceed with discovery of the currently filed cases and any future cases going forward that would be consolidated with the above for discovery purposes only, it is hereby

ORDERED that:

1. This case has been referred automatically to the Court's Alternative Dispute Resolution ("ADR") program. The ADR Plan and related forms and information are available at www.nywd.uscourts.gov and the Court Clerk's Office.

    a. The deadline for the parties have conferred and selected mediator John Getz.

    b. The deadline for Mr. Glennon to opt out of mediation for any cases in which he is involved is **October 20, 2023**.

    c. The initial mediation session shall be held no later than **December 8, 2023**.

    d. The referral to mediation shall terminate on **February 29, 2024**. In the event that settlement is not reached, the case will progress toward trial, as scheduled below.

    e. The referral of this case to mediation will not delay or defer other dates contained in this Scheduling Order and has no effect on the progress of the case toward trial.

2. All mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as any objections to the mandatory disclosure requirements, are due on or before **September 22, 2023**.

3. Factual discovery will be bifurcated and each side (plaintiffs and defendants) will present consolidated demands to the other side. This schedule presumes that all document discovery (including interrogatories, requests for admissions, and document demands) are included in both the pre- and post-mediation dates set out in this Order. The Court will permit requests to exceed the number of interrogatories, etc. The parties are directed to meet and confer regarding any opposition to the number of demands, or the scope and relevance, prior to requesting a conference with the Court to resolve any discovery disputes.

4. The deadline for pre-mediation discovery demands is **October 20, 2023**.

5. The deadline for responses to pre-mediation document discovery demands **December 29, 2023**.

6. Post-mediation document discovery demands will be served by **March 29, 2024**.

7. A case management conference is scheduled for **April 30, 2024, at 1:00 p.m.**

8. Post-mediation document discovery responses will be served by **May 31, 2024**.

9. The deadline for the parties to exchange names of the witnesses they would like to depose is **January 24, 2024**. The deadline to complete Plaintiffs' depositions is **February 24, 2024**. The deadline to complete Defendants'

depositions is **April 24, 2024**.

SO ORDERED.

DATED: September 25, 2023
Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge